FILED
07 DEC 11 AM 11:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145399 - SR**

**December 11, 2007**
**11:45:53**

**Habeas Corpus**
USAO #.: 07CV2267 HABEAS
Judge..: WILLIAM Q HAYES
Amount.: $5.00 CK
Check#.: BC#1482

**Total-> $5.00**

FROM: OWINO V. CHERTOFF
HABEAS