UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OTIENO OWINO , Petitioner, v. U.S. ATTORNEY GENERAL, et al., Respondents. | Case No. 07cv2267-WQH (POR) A97 469 354 CERTIFICATE OF SERVICE BY MAIL |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **December 13, 2007,** I am causing service of the following (accompanying) document

**NOTICE OF "APPEARANCE"**

on Petitioner by having a copy of the foregoing mailed to Petitioner on this day at his address of record:

Sylvester Owino
San Diego Detention Center (CCA)
PO Box 439049
San Ysidro, CA 92143

and by emailing a copy of same to his attorney **JAMES FIFE** to james_fife@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Thirteenth Day of December 2007.**

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY