ORIGINAL

SYLVESTER OWINO[1]
A97-469-354
San Diego Detention Center (CCA)
P.O. Box 439049
San Ysidro, CA 92143

FILED
2008 JAN 29 PM 1:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

NUNC PRO TUNC
JAN 28 2008

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| **SYLVESTER OWINO, [A97-469-354]**<br>**Petitioner,**<br>**v.**<br>**MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBIN BAKER, DIRECTOR OF SAN DIEGO FIELD OFFICE, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN A. GARZON, OFFICER-IN-CHARGE,**<br>**Respondents.** | Case No. 07CV2267-WQH (POR)<br><br>**NOTICE OF MOTION AND MOTION TO RECONSIDER MOTION FOR APPOINTMENT OF COUNSEL** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
SAMUEL W. BETTWY, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that the petitioner, Sylvester Owino, will ask this Court to enter an order granting the motion listed below.

///

[1] The petitioner is filing the instant request for appointment of counsel with the assistance of James Fife and the Federal Defenders of San Diego, Inc., who drafted the instant motion.

**MOTION**

The petitioner, Sylvester Owino, pursuant to the United States Constitution, 18 U.S.C. § 3006A, and all other applicable statutes, case law and local rules, hereby moves this Court to reconsider its denial of Petitioner's motion to appoint counsel to assist him in his efforts to seek relief from his detention through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

This motion is based upon the instant notice of motion, the incorporated statement of facts and attached memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: 01/25/08

**SYLVESTER OWINO**
Petitioner