KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 094918
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Samuel.Bettwy@usdoj.gov
Telephone: (619) 557-7119

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO,<br>Petitioner,<br>v.<br>MICHAEL CHERTOFF, Secretary of Homeland Security; et al.,<br>Respondents. | No. 07cv2267-WQH (POR)<br>A97 469 354<br><br>GOVERNMENT'S RESPONSE IN NON-OPPOSITION TO PETITIONER"S MOTION FOR APPOINTMENT OF COUNSEL |

The Government does not oppose Petitioner's motion for appointment of counsel insofar as the appointment is for representation in this case. The scope of appointment and reimbursement for services should not include appearances before DHS, the immigration judge or the Board of Immigration Appeals. See 8 U.S.C. §§ 1229a(b)(4)(A), 1362; 8 C.F.R. § 1003.16.

Dated: February 13, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Samuel W. Bettwy*

SAMUEL W. BETTWY
Assistant U.S. Attorney