Sylvester, Otieno-Owino
A# 97-469-354
1115 N. Imperial Ave
El Centro, CA 92243

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvester, Otieno-Owino,<br><br>Plaintiff.<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary Of homeland security et al.,<br><br>Defendant. | ) CASE NO.: O7cv2267<br><br>) ADDRESS CHANGE NOTIFICATION |

I, Sylvester, Otieno-Owino the plaintiff in this proceeding, pending in this court would hereby like to notify my address change.

New Current address

Sylvester, Otieno-Owino
A # 97-469-354
1115 N. Imperial Ave.
El Centro, CA 92243

Please mail all correspondence and information concerning this petition to this address.

Thank you for your attention to this matter.

Dated: March 08, 2008

Respectfully Submitted,

Sylvester, Otieni-Owino
Petitioner in pro sé

Sylvester Otieno Owino
A# 97-469-354
El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243
Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I, Sylvester Owino, hereby declare under penalty of perjury that the foregoing is true and correct; I further certify that I am the above-entitled Plaintiff to the above matter and that on, March 08, 2008, I served a true copy of the above mentioned change of address to the following person(s)[1]:

United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101-8900

James Fife
Federal Defenders Inc
225 Broadway Suite 200
San Diego CA 92101

Samuel W.Bettwy,
United States District Attorney
Southern District of California
880 Front Street
San Diego, CA 92101-8893

Dated March 08, 2008

Respectfully Submitted,

Sylvester O Owino

FROM: OWINO SYLWESTER
A# 97469354 A/S|03
El Centro Detention Center
1115 North imperial Ave.
El Centro CA 92243

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1A
MAILED FROM ZIP CODE 92243

TO: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET
SAN DIEGO CA 92101-8900

92101+8897 C037