SYLVESTER O OWINO
A# 97469354 A/A/109
P.O BOX 439049
San Diego CA 92143
05-05-2008

FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

**TO: Clerk for the Southern Californian District Court**

**RE: Change of address.**

Please take note of my address change below.

07CV 2267 WQH (POR)

I am no longer on the address;
1115 North Imperial Avenue
El Centro CA 92243

as of the 05-01-2008 and therefore forward all my future correspondences at this new address,

SYLVESTER O OWINO
A# 97469354 A/A/109
P.O BOX 439049
San Diego CA 92143

Yours Sincerely
Sylvester Owino

Executed on this 05th Day of May 2008

# CERTIFICATE OF SERVICE

I, Sylvester Otieno Owino, hereby declare under penalty of perjury that the foregoing is true and correct; I further certify that I am a party to the above matter and that on, May 05th, I served a true copy of the above letter upon the following person(s)[3]:

United States Attorney
Southern District of California
880 Front Street, Room 6293
San Diego Ca, 92101-8893

Sylvester Otieno Owino
A# 97- 469-354

[3] This Pro-Se filing is deemed filed upon delivery to prison authorities. See Fed. R. App. 25 (a)(c). Houston v. Lack, 487 U.S. 266, 101 L. Ed. 245, 108, S. Ct. 2379 at 274, 275 (1988).

FROM: OWINO SYLVESTER
A # 97469354 A/A/208
P. O. BOX 439049
San Diego CA 92143

SAN DIEGO CA 921
05 MAY 08PM 11 L



TO: CLERK,
UNITED STATES DISTRICT COURT
880 FRONT STREET, SUITE 4290
San Diego CA 92101-8900

92101+8897