UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, Petitioner, v. MICHAEL CHERTOFF, Secretary of Homeland Security; et al., Respondents. | No. 07cv2267-WQH (POR) A97 469 354 <br><br> DECLARATION OF DEPORTATION OFFICER ELIANA HAYES |

I, Eliana Hayes, declare and state as follows:

1. I am the Deportation Officer at the Otay Detention facility assigned to this case. I am a Deportation Officer with U.S. Immigration and Customs Enforcement.

2. On May 2, 2008, Owino completed a travel document application, which was then submitted to the Consulate of Kenya in Washington, DC, via overnight DHL on the same day.

3. On May 12, 2008, I spoke with Ms. Felisina Ndwiga, a consular officer at the Kenyan Consulate, to check on the status of our request for a travel document, and she said that we needed to send a $50 money order, which I sent the same day by overnight DHL.

4. On May 16, 2008, I called again to find out the status of the travel document application and was told to call back Monday morning, May 19, 2008.

5. On May 19, 2008, I spoke to Ms. Ndwiga and asked what the chances were of obtaining a travel document for Owino.

6. She told me that last week Owino called her and told her that he had an appeal pending.

7. Ms. Ndwiga told me that, therefore, the consulate was unwilling to issue a travel document at this time.

8. I explained that Owino has an appeal pending, but that his stay of removal was denied by the appellate court. She asked what that meant, and I explained that the court could have granted his request for a stay, and that if it had, we could not return him to Kenya. But the court denied his request.

9. Ms. Ndwiga asked me to send her the court order denying the stay, which I sent today.

10. She told me that Owino is saying one thing and that we are saying another and that she needs to find out what the truth is.

11. I asked her what the chances were of obtaining a travel document, and she said that once she receives the court order, she will look into it and get back to me. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: May 19, 2007

ELIANA HAYES