KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO , Petitioner, v. MICHAEL CHERTOFF, Secretary of Homeland Security, al., Respondents. | No. 07cv2267-WQH (POR)<br>A97 469 354<br><br>**EXHIBIT** |

February 23, 2007 Denial of Motion for Stay of Removal in Owino v. Gonzales, No. 06-74297. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Docket Sheet in Owino v. Gonzales, No. 06-74297. . . . . . . . . . . . . . . . . . . . 25-29

FILED

FEB 23 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SYLVESTER OTIENO OWINO, Petitioner, v. ALBERTO R. GONZALES, Attorney General, Respondent. | No. 06-74297 Agency No. A97-469-354 ORDER |

RECEIVED
2007 FEB 26 A 11:07
OFFICE OF IMMIGRATION LITIGATION CIVIL DIVISION

Before: TASHIMA and THOMAS, Circuit Judges.

The motion for a stay of removal pending review is denied. *See Abbassi v. INS*, 143 F.3d 513 (9th Cir. 1998).

Petitioner's motion for appointment of counsel is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

The certified administrative record has been filed. The opening brief is due April 23, 2007; the answering brief is due June 25, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

S:\MOATT\Panelord\2.20.07\orders\pe2\06-74297.wpd

39-11-15188.17



K.D

## General Docket
## United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 06-74297 **Docketed:** 09/01/2006
Owino, et al v. Mukasey
**Appeal From:** Board of Immigration Appeals

**Case Type Information:**
**1)** agency
**2)** review
**3)** San Diego Southern California

**Originating Court Information:**
**District:** BIA-1 : A97-469-354
**Date Filed:** 09/01/2006

**Prior Cases:**
None

**Current Cases:**
None

| | |
|---|---|
| SYLVESTER OTIENO OWINO (-: Reg. No. 97469-354)<br>Petitioner | Sylvester Otieno Owino<br>[NTC Pro Se]<br>EL CENTRO SERVICE PROCESSING CENTER<br>1115 N. Imperial Ave.<br>El Centro, CA 92243-0000 |
| v. | |
| MICHAEL B. MUKASEY, Attorney General<br>Respondent | CAS-District Counsel, Esq.<br>[COR LD NTC Government]<br>OFFICE OF THE DISTRICT COUNSEL<br>Department of Homeland Security<br>Suite 1234<br>880 Front Street<br>San Diego, CA 92101-8897<br><br>Ronald E. LeFevre |

25

Direct: 415-705-4604
[COR LD NTC Government]
OFFICE OF THE DISTRICT COUNSEL
Department of Homeland Security
P.O. Box 26449
San Francisco, CA 94126-6449

OIL
Direct: 202-616-4857
[COR LD NTC Government]
DOJ - U.S. DEPARTMENT OF JUSTICE
Civil Div./Office of Immigration Lit.
P.O. Box 878, Benjamin Franklin Station
Washington, DC 20044-0000

Andrew Oliveira, Esq., Attorney
Direct: 202-305-8570
Fax: 202/616-4950
[COR LD NTC Government]
DOJ - U.S. DEPARTMENT OF JUSTICE
Civil Div./Office of Immigration Lit.
P.O. Box 878, Benjamin Franklin Station
Washington, DC 20044-0000

SYLVESTER OTIENO OWINO,

Petitioner

v.

MICHAEL B. MUKASEY, Attorney General,

Respondent

| | | |
|---|---|---|
| 09/01/2006 | 1 | FILED (PRO SE) INS Petition for REVIEW and Motion for Stay. Docketed Cause and Entered Appearance of Counsel. Pursuant to G.O. 6.4(c)(1)(3) A TEMPORARY STAY OF REMOVAL IS IN EFFECT pending further order. The schedule is set as follows: Pursuant to G.O. 6.4(c)(1)(3), the schedule is set as follows: Cert. Admin. Record due 10/27/06 Response to motion for stay due 11/24/06 for Alberto R. Gonzales. (MOATT) [06-74297] |

26

| | | |
|---|---|---|
| 09/01/2006 | 2 | Filed Petitioner Sylvester Otieno Owino's motion to stay deportation (see schedule above) [06-74297] served on 8/28/06 [5936253] (MOATT) [06-74297] |
| 09/01/2006 | 3 | Detained: Yes [06-74297] |
| 10/02/2006 | 4 | Filed order (Deputy Clerk: jlc) A review of the docket reflects that petitioner has not paid the docketing and filing fees for this petition. Within 21 days of the entry of this order, petitioner shall: (1) file a motion with this court to for leave proceed ifp; (2) pay $450 to this court as the docketing and filing fees for this petitin; or (3) otherwise show cause why the petition should not be dismissed for failure to prosecute. The admin record and the response to the motion for stay of removal remains due 10/27/06 and 11/24/06 respectively. If petitioner fails to comply with this order, the petition will be dismissed automatically by the clerk under 9th Cir.R. 42-1. [06-74297] |
| 10/18/2006 | 6 | Filed Petitioner Sylvester Otieno Owino's motion for stay of removal [06-74297] served on 10/13/06 [5982160] (MOATT) [06-74297] |
| 10/19/2006 | 5 | Filed Petitioner Sylvester Otieno Owino's motion to appoint counsel of record. [06-74297] served on 9/22/06 [5982149] (MOATT) [06-74297] |
| 10/31/2006 | 7 | Electronic Certified Administrative Record Filed. CD-ROMS: 1 [06-74297] |
| 11/24/2006 | 8 | Filed notice of appearance of Richard Evans Marion E. Guyton (Withdrew as counsel: attorney OIL for Alberto R. Gonzales [06-74297] |
| 11/24/2006 | 9 | Filed Respondent Alberto R. Gonzales response opposing appellant's motion stay deportation [5936253-1] served on 11/22/06 (MOATT) [06-74297] |
| 12/13/2006 | 10 | Filed Petitioner Sylvester Otieno Owino reply to objection to respondent's opposition to petitioner's motion to stay; ; served on 12/11/06 [06-74297] (MOATT) |
| 02/07/2007 | 11 | Rec'd notice of change of address from Sylvester Otieno Petitioner dated 2/1/07. ( [06-74297] |
| 02/23/2007 | 13 | Filed order ( A. W. TASHIMA, Sidney R. THOMAS, ): The motion for a stay of removal pending review is denied. Petitioner's motion for appt of csl is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained. The admin record has been filed. The opening brief is |

27

| | | |
|---|---|---|
| | | due 4/23/07; the answering brief is due 6/25/07. [06-74297] |
| 03/05/2007 | 14 | Received letter from pro se re: Requesting copy of briefing schedule. ( sent on 2/23/07) |
| 04/13/2007 | 15 | Filed Petitioner Sylvester Otieno Owino's motion to reconsider en banc the court's order denying Petitioners motion for temporary stay of removal; [06-74297] served on 4/9/07 [6147332] (NAN-per 2/23/07 order) [06-74297] |
| 04/17/2007 | 16 | Received Petitioner Sylvester Otieno Owino's brief in n copies 23 pages ( Informal: y) deficient: Referred to PROSE; fee still pending per 10/2/06 order) served on 4/12/07 [06-74297] |
| 04/27/2007 | 17 | Filed order (Deputy Clerk: jlc) A review of the docket reflects that petitioner has not paid the docketing and filing fees for this petition pursuant to this court's 10/2/06 order. Petitioner shall have one final opportunity to comply with the 10/2/06. Within 21 days of the entry of this order, petitioner shall: (1) file a motion with this court to proceed ifp; (2) pay $450 to this court as the docketing and filing fees for this petition; or (3) otherwise show cause why the petition should not be dismissed for failure to prosecute. If petitioner fails to comply with this order, the petition for review will be dismissed automatically by the Clerk under 9th Cir.R. 42-1. The Clerk shall provide a copy of Form 4 of the Ninth Circuit Rule to petitioner along with this order pursuant to FRAP 24. [06-74297] |
| 05/14/2007 | 19 | Filed Petitioner Sylvester Otieno Owino's motion to proceed in forma pauperis. [06-74297] served on 5/8/07 [6176138] (MOATT) [06-74297] |
| 05/29/2007 | 25 | Filed notice of appearance of Richard Evans Andrew Oliveira (Withdrew as counsel: attorney Marion E. Guyton for Alberto R. Gonzales [06-74297] |
| 06/05/2007 | 26 | Filed order (Appellate Commissioner) The motion to proceed ifp is granted. The Clerk shall amend the docket to reflect this status. Petitioner's motion to reconsider the court's 2/23/07 order is denied as untimely. The Clerk shall file the opening brief, received on 4/17/07. The answering brief remains due 6/25/07. [06-74297] |
| 06/05/2007 | 34 | Filed original and 7 copies Petitioner Sylvester Otieno Owino opening brief ( Informal: y) 23 pages ; served on 4/12/07 [06-74297] |
| 06/25/2007 | 27 | Filed original and 15 copies of respondent Alberto R. Gonzales's 15 page brief; served on 6/21/07. [06-74297] |
| 07/09/2007 | 28 | Filed Petitioner Sylvester Otieno Owino's motion to extend time to |

06-74297 Docket Page 5 of 5

| | | |
|---|---|---|
| | | file reply brief [06-74297] served on 7/3/07 [6228711] (PROMO) [06-74297] |
| 07/12/2007 | 30 | Filed order (Deputy Clerk: amt) Petitioner's late motion for an ext of time to file the reply brief is granted. The reply brief is due 8/8/07. [06-74297] |
| 08/02/2007 | 31 | Filed Petitioner Sylvester Otieno Owino's motion to extend time to file reply brief [06-74297] served on 7/30/07 [6249496] (PROMO) [06-74297] |
| 08/07/2007 | 32 | Filed order (Deputy Clerk: amt) Petitioner's late motion for a 30-day second ext of time to file the reply brief is granted. The reply brief is due 9/7/07. [06-74297] |
| 09/10/2007 | 35 | Filed original and 7 copies Sylvester Otieno Owino reply brief, ( Informal: y ) 26 pages; served on 9/5/07 [06-74297] |
| 09/17/2007 | 36 | Received letter from pro se re: Wants to know if the court rec'd reply brief. ( Sending docket) |
| 02/20/2008 | 37 | Filed Petitioner Sylvester Otieno Owino's motion to take judicial notice [06-74297] dated on 2/11/08 [6433728] (MOATT) [06-74297] |
| 03/06/2008 | 38 | Filed clerk order (Deputy Clerk:amt): filed by Petitioner Sylvester Otieno Owino Appellant Motion to take judicial notice is referred to panel. |
| 03/26/2008 | 39 | Received notice of change of address dated 03/20/2008 from Sylvester Otieno Owino. Current new address: 1115 N. Imperial Avenue, El Centro, CA 92243. |
| 05/07/2008 | 40 | Received notice of change of address dated 05/05/2008 from Sylvester Otieno Owino. Current new address: P.O. Box 439049, San Diego, CA 92143. |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/19/2008 12:06:00 | | | |
| **PACER Login:** | ux3449 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 06-74297 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

29