ORIGINAL

**SYLVESTER OWINO**
**A97-469-354**
**San Diego Detention Center (CCA)**
**P.O. Box 439049**
**San Ysidro, CA 92143**

FILED
2008 MAY 29 PM 3:19
CLERK US DIST. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| **SYLVESTER OWINO,** **Petitioner,** v. **MICHAEL CHERTOFF, et al.,** **Respondents.** | Case No. 07CV2267-WQH (POR) **PETITIONER'S DECLARATION UPDATING STATUS OF TRAVEL DOCUMENT REQUEST** |

I, Sylvester Owino, declare:

1. I am the Petitioner in the above-captioned habeas corpus case.

2. It is my understanding, based on conversations with embassy and consulate officials, that the Kenyan embassy will not approve travel documents to that country unless I present my Kenyan passport.

3. My passport was lost in 2003 after I was arrested, because it remained behind with my other property in my rented room. That property subsequently went missing. In order to show the Kenyan officials that I no longer possess my original passport, they require a police report showing the passport was reported missing. A true copy of my affidavit to the Kenyan embassy is attached to this Declaration in Appendix A.

3. I have tried since February 2008 to obtain the cooperation of my ICE deportation officers in securing the necessary documents to request the required police reports. True copies of the letters I sent to Deportation Officers Villa and Malandres in February and March 2008 are in Appendix A.

4. On May 2, 2008, the sheriff's department substation in Lemon Grove responded by faxing the request forms to my deportation officer. I filled them out and asked ICE to fax the request form back to the sheriff. A true copy of my request to ICE to assist in the process of obtaining the report, showing the sheriff's fax number, is attached to this Declaration in Appendix B.

5. In the beginning of May, I completed and submitted to the Kenyan embassy the forms necessary to obtain a replacement passport. However, the required fee and original passport were not included, as I am waiting to send the police report confirming the loss of my passport.

6. On May 12, 2008, I called the sheriff's department to follow up on the report request, but was told that no form had been submitted. Twenty minutes later, the sheriffs called my detention unit and said an officer would call me back about the lost passport, but no one ever did. Two hours later, ICE Deportation Officer Hayes called me on the unit manager's phone and told me to stop contacting the sheriff about the lost passport. She then came to my unit and told me that ICE would not assist in obtaining the police report, since a passport was not needed to obtain travel documents from Kenya. She said my attorney and I should stop contacting the embassy and that I could wait until I got to Kenya to apply for a new passport. I explained that I needed a replacement passport to facilitate my efforts to obtain asylum in a third country.

7. In the meantime, I have confirmed with my state parole officer that I will not be subject to parole supervision upon release from ICE custody. A true copy of my letter, with parole's confirmation of discharge, is attached to this Declaration in Appendix C.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters which are stated to be on information and belief, and as to those matters, I believe them to be true.

Executed on this 27th day of May 2008, in San Diego, California.

SYLVESTER OWINO
Declarant