# Appendix A

SYLVESTER O OWINO
A# 97469354 A/A 208
P.O BOX 439049
San Diego CA 92143

**TO: Kenyan Consulate General**

Dear Sir/Madam,

**RE: AFFIDAVIT IN SUPPORT OF MY LOST PASSPORT**

I, Sylvester Otieno Owino hereby declare that, on April 16th 2003, I was arrested and ever since, I have remained in custody, and as a result, I lost my passport.

Before my arrest, I was renting a room in La Mesa San Diego CA, where I had all my belongings including my passport.

I lost all my property and I have tried in vain to have friends contact my last residence so as to see if they can retrieve my passport mainly but no success has been achieved.

I only have copies of my old passport, which I got from my ex-wife.
I have contacted the sheriffs department in La Mesa and ICE officials in San Diego where I am currently detained and (deportation officers) in El Centro where I was also previously detained about this issue and I believe they, (ICE Deportation Officer Villa tel # (760) 336-4688) have contacted the La Mesa Police department so as to help me obtain a police report as part of the conditions required to fulfill for a lost passport .

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted

Declarants Signature

Executed on: 05/10/08

K. V. FAY
Commission # 1711323
Notary Public - California
San Diego County
My Comm. Expires Dec 16, 2010

Sylvester O Owino
A# 97469354 A/S 04
1115 North Imperial Ave
El Centro CA 92243
02-22-2008

TO Deportation Officer Villa

Dear sir,

**RE: Assistance With my passport (Police statement)**

I am writing this letter so as to seek your assistance with obtaining a police statement. I have contacted the Lemon Groove Sheriff Department Catherine at **(858) 565-5200** about this issue and she advised that I have a deportation officer or my custodian (ICE) contact them since I do not have a direct contact, (phone number) where they can reach me.

I informed them that ever since I was arrested in 2003, I lost my belongings and my passport which I left in the room I was renting in La Mesa .I have contacted the Kenyan consulate for obtaining a new passport and one of the requirements is to obtain a police report.

I will furnish the costs required to replace this passport once the police report is obtained. Please assist me with this matter as soon as you can so that I cant promptly initiate this passport renewal procedure.

Thank you in advance for you anticipated assistance with this matter.

Yours truly

Sylvester O. Owino

C.C
James Fife
Federal Defenders
225 Broadway Suite 900
San Diego CA
92101-5030

FROM: SYLVESTER O OWINO
A# 97469354 A/S 03
1115 North Imperial Ave
El Centro CA 92243
03-16-2008

**TO:Deportation Officer Malandres CCA San Diego.**

Dear Mr. Malandres,

**RE: Assistant with a letter indicating that I lost my passport.**

I am writing this letter kindly and respectfully requesting your assistance with a letter indicating that I lost my passport so that I can provide it to the Kenyan embassy with necessary forms and fees, to obtain a renewal of my passport.

My passport got lost in 2003 when I was taken into custody and I just have a copy of it. I spoke with a representative with the Kenyan Embassy in Los Angeles M.s Alicent Odipo and they informed me that I needed to get a police report. I was arrested in San Diego La Mesa in 2003 and this is when l lost my passport.

I have directed two requests to the La Mesa Police department seeking a letter indicating that my passport is lost but they have never responded till now.

Please help me get some kind of documentation stating that my passport was lost. I will take care of the other expenses that will be incurred i.e. Pass port fees etc.
Should you not be able to assist me with this matter, please direct me to the right person.

Thanks in advance for your anticipated prompt response and consideration with this request.

Yours Truly

-----------------------------------
Sylvester Otieno Owino.

Executed on this 17th day of March 2008