# Appendix B

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Immigration and Customs Enforcement
Service Processing Center
El Centro, California

## DETAINEE REQUEST TO SPEAK WITH DEPORTATION REPRESENTATIVE

Detainee Name: Owino Alien Number: 97469354

Barracks: A/S 104 Bed Number: 07 Country: KENYA

Staff Name (if known): VILLA

Details of request: As part of obtaining a new passport, A copy of a notorized Affidavit is required. (please see attached form) # 8 (8) highlighted. I am making an affidavit as I write this request and thus, how can I get it notorized? Do I send the Affidavit to you so as to notorize it or what must I do? please advise me as I am urgently in need to finalize these passport procedure.

Thanks in advance, Owino

Staff Action:

Staff Signature: [signature] Date: 4/30/08

Detainee Signature: [signature] Date: 4/29/08

Fax to (619) 667-1919

Original: Detention File
Copy: Detainee

Cox 01052004