# Appendix C

RECEIVED
MAR 2 5 2008
REGION IV APPEALS

Sylvester Owino
A # 97469354 A/S/03
1115 North Imperial Avenue
El Centro California 92243
03-15-2008

TO: Clerk

Dear Sir/ Madam,

**RE: Status of my parole,(Sylvester Owino ID # V04636)**

I am writing this letter so as to inquire about the status of my parole. I was released from prison on the 11-06-2005 and then immediately INS assumed my custody till current.

I have been made aware by detainees who were in a similar situation like mine that I might have possibly discharged parole by now. Is that true?

Please update me on my current parole status and if by any chance I discharged already, please issue me with a discharge certificate and if not which office do I report to and to which parole agent, In the event I am released from INS custody?

I strongly believe that I fall under the El Cajon jurisdiction.

Thanking you in advance for your anticipated prompt consideration and response with this request.

Yours truly,

Sylvester Owino.

You have been discharged. See attached.

COFQ V04636
** CURRENT STATUS **

DATE OF INQUIRY: 03/25/2008

V04636 OWINO, SYLVESTER, OTIENO

***DISCHARGED***

DISCHARGED---------------------> 12/06/2007
FROM---------------------> REG4 -INS4
DISCHARGE REASON---------> BPTV

RECEIVED BY CDC ON--------> 08/25/2003

PC296 DNA STATUS --------> COMPLETED

BIRTHDATE: 04/04/1976 SEX: MALE ETHNICITY: BLA CII: A21525529
HAIR: BLK EYES: BRO HEIGHT: 510 WEIGHT: 170 BIRTHPLACE: KE

LAST MOVE: DCH EFFECTIVE: 12/06/2007 REPORTED: 12/06/2007