UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, [A97-469-354] | ) Case No. 07cv2267-WQH (POR) |
| Plaintiff, | ) |
| sv. | ) **PROOF OF SERVICE** |
| MICHAEL CHERTOFF, et al., | ) |
| Defendant. | ) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **PETITIONER'S DECLARATION UPDATING STATUS OF TRAVEL DOCUMENT REQUEST,** placing a true copy of the above-mentioned document in the United States mail on May 29, 2008, to:

**Sammuel W. Bettwy**
Assistant U S Attorney
880 Front Street
Suite 6253
San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 29 May 2008 at San Diego, California.

SYLVIA FREEMAN