UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO,<br>Petitioner,<br>v.<br>MICHAEL CHERTOFF, Secretary of Homeland Security; et al.,<br>Respondents. | No. 07cv2267-WQH (POR)<br>A97 469 354<br><br>DECLARATION OF DEPORTATION OFFICER ELIANA HAYES |

I, Eliana Hayes, declare and state as follows:

1. I am the Deportation Officer at the Otay Detention facility assigned to this case. I am a Deportation Officer with U.S. Immigration and Customs Enforcement.

2. As I stated in an earlier declaration, I have been working on obtaining a travel document for Owino through Ms. Felisina Ndwiga, a consular officer at the Kenyan Consulate.

3. I have read Owino's statement that the consulate has not issued a travel document because of his failure to obtain a police report regarding the theft of his passport.

4. On June 5, 2008, I called Ms. Felisina Ndwiga and she told me that ICE does not need a police report to obtain an emergency travel document for Owino and that she will not issue a travel document to Owino until there are no longer any appeals pending.

///

5. On June 6, 2008, I talked to Ms. Ndwiga again about the consulate's refusal to issue a travel document as long as Owino's Ninth Circuit appeal is pending. She stated that Owino need only tell the consulate that he would like to return home and they would issue him a travel document regardless of what is pending. So, the power to return to his home in Kenya is in Owino's hands.

6. Ms. Ndwiga also told me that she learned of the pending Ninth Circuit appeal from information that was mailed to the consulate by Owino's attorney. She provided me a copy of what was mailed. (see attached)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: June 11, 2008

ELIANA HAYES

FILED

MAR 06 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SYLVESTER OTIENO OWINO,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br><br>Respondent. | No. 06-74297<br><br>Agency No. A97-469-354<br><br>ORDER |

Petitioner's request for judicial notice is being referred to the merits panel for resolution. Any related response or further requests shall also be referred to the panel.

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

amt/Pro Mo