UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; et al.,<br><br>Respondents. | No. 07cv2267-WQH (POR)<br>A97 469 354<br><br>CERTIFICATE OF SERVICE BY MAIL |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and

On June 12, 2008**,** I had my legal assistant Jackie Penley place in the mail, in the above-entitled action, a copy of the following:

**SUPPLEMENT TO GOVERNMENT'S COURT-ORDERED STATUS REPORT**

to Petitioner,

**Sylvester O. Owino**
**A# 97469354**
**PO Box 439049**
**San Diego, CA 92143-9049**

his address of record in this case. I also emailed a courtesy copy to James Fife, Esq., of Federal Defenders of San Diego, Inc., at james_fife@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Twelfth Day of June 2008**.

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY