**SYLVESTER OWINO**
**A97-469-354**
**San Diego Detention Center (CCA)**
**P.O. Box 439049**
**San Ysidro, CA 92143**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| **SYLVESTER OWINO,**<br>**[A97-469-354]**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MICHAEL CHERTOFF,et al.,**<br><br>**Respondents.** | No. 07-CV2267-WQH (POR)<br><br>**DECLARATION OF JAMES FIFE RE: GOVERNMENT'S SUPPLEMENT TO COURT-ORDERED STATUS REPORT** |

I, James Fife, declare:

1. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Southern District of California, and in the United States Court of Appeals for the Ninth Circuit.

2. I am an employee of Federal Defenders of San Diego, Inc. In my capacity as an employee of Federal Defenders, I am assisting the petitioner, Sylvester Owino, in securing his release from the custody of federal immigration officials, and in filing a petition for a writ of habeas corpus in the United States District Court for the Southern District of California.

3. On December 3, 2007, concurrent with the Petition in this case, I filed on Mr. Owino's behalf a Motion for Appointment of Counsel.

4. On December 18, 2007, this Court denied the Motion without prejudice.

5. On January 18, 2008, Respondents filed their Return, raising a claim that the Petition should be denied, because Mr. Owino has deliberately obstructed his removal in the meaning of Pelich v. INS, 329

F.3d 1057 (9th Cir. 2003).

6. On January 29, 2008, again on Mr. Owino's behalf, I filed a Motion for Reconsideration of the Motion to Appoint Counsel, noting that the Return and the course of events had altered the original legal posture of the case. Although the Petition was originally brought on the basis of Tijani v. Willis, 430 F.3d 1241 (9th Cir. 2005), and Nadarajah v. Gonzales, 443 F.3d 1069 (9th Cir. 2006), it appeared that Kenya was resisting repatriation, and so Mr. Owino's case now had the characteristics of a classic instance falling under Zadvydas v. Davis, 533 U.S. 678 (2001). Given the growing factual and legal complexity of the case, Mr. Owino requested the Court reconsider appointment so that he had the assistance of counsel in preparing the Traverse.

7. On February 13, 2008, Respondents filed a non-opposition to the Motion to Reconsider.

8. On February 15, 2008, I filed a Traverse on behalf of Mr. Owino, denying he had engaged in any deliberate obstruction and arguing that he had gone to extraordinary personal lengths to effect his removal from the United States.

9. To date, the Court has not acted on the reconsideration motion.

10. On April 30, 2008, the Court ordered Respondents to update the Court on the status of travel document requests from Kenya.

11. On May 19, 2008, Respondents filed their Update per the Court's Order. In the Update, Respondents allege further acts which they characterize as deliberate obstruction.

12. On June 12, 2008, Respondents filed a Supplement to their status report, including a new declaration from Deportation Officer Hayes. In the Declaration, Officer Hayes states the Kenyan consul told her that an Order filed in Mr. Owino's pending appeal had been mailed to her "by Owino's attorney," apparently referring to me. Respondents repeat this information in the body of their Supplement at 1.

13. I have never sent any documentation about Mr. Owino's appeal to the Kenyan officials, so either Officer Hayes or the Kenyan consul has misstated the facts. Officer Hayes also makes the legal assertion in her Declaration that "the power to return to his home in Kenya is in [Mr.] Owino's hands," which Respondents use to support a contention that Mr. Owino is obstructing his removal. Supplement at 1-2.

14. This latest filing adds more controversy over an already complicated set of facts and posture in this case which require an evidentiary hearing or at least argument of counsel to sort out.

Respondents are engaging in a continuous, unfair, *ex parte* dialogue with this Court, because Mr. Owino–through lack of assistance of counsel and a hearing whereby the mass of new allegations raised by Respondents can be addressed--cannot effectively and timely respond to Respondents raft of new allegations at each turn. Respondents have gratuitously accused Mr. Owino and myself of obstructing the removal process through improper communication with the Kenyan officials. In fact, Mr. Owino has engaged in perfectly proper communications with his own diplomatic mission for the purposes of obtaining travel documents he needs to facilitate his application for resettlement in a third country. See Exhibit A attached hereto. As that exhibit shows, supplying "satisfactory documentary evidence" of his citizenship is required to issue travel documents. Mr. Owino's efforts obtain a police report on his missing passport–which *ICE* has deliberately obstructed–are essential to that goal.

14. Respondents' new suggestion that Mr. Owino is non-cooperative, because he will not relent and voluntarily return to a country against which he has an outstanding torture claim, is both ridiculous and callous.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters which are stated to be on information and belief, and as to those matters, I believe them to be true.

Executed on this 17th day of June 2008, in San Diego, California.

**JAMES FIFE**
Declarant

# Exhibit A

CONSULATE GENERAL OF THE REPUBLIC OF KENYA

**Our Ref:KCLA/IMM/D/17/Vol.III/49** **June 5, 2008.**

**Sylvester Owino**
**A # 97469354 A/A/109**
**P.O. BOX 439049**
**SAN DIEGO, CA 92143**

**We acknowledge receipt of your letter and the contents therein noted.**

**We have since confirmed that your case is set to be allocated a hearing date.**

**It is clarified that the Consulate issues travel documents on request depending on satisfactory documentary evidence produced.**

**If you have any further queries please do not hesitate to contact us.**

**ALICENT K ODIPO(Mrs)**
**CONSUL**
**For CONSUL GENERAL**

Park Mile Plaza, Mezzanine Floor • 4801 Wilshire Boulevard • Los Angeles, C.A. 90010

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: June 17, 2008

/s/ JAMES FIFE

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
James_Fife@fd.org (email)