ORIGINAL

**SYLVESTER OWINO**
**A97-469-354**
**San Diego Detention Center (CCA)**
**P.O. Box 439049**
**San Ysidro, CA 92143**

FILED
'08 JUL 16 PM 3:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SYLVESTER OWINO, [A97-469-354],** **Petitioner,** **v.** **MICHAEL CHERTOFF, et al.,** **Respondents.** | Case No. 07CV2267-WQH (POR) **PETITIONER'S DECLARATION RE: COURT'S ORDER OF JULY 2, 2008** |

I, Sylvester Owino, declare:

1. I am the Petitioner in the above-captioned habeas corpus action. If called to testify, I would be a competent witness to the facts attested to below in this Declaration.

2. On July 2, 2008, this Court entered an order that by July 28, 2008, I file a response to Respondents' Supplement to the *ex parte* Status Report filed on June 12, 2008 (Dckt. Entry #20).

3. For the reasons detailed in the *unopposed* Motion for Reconsideration of Appointment of Counsel filed on January 29, 2008, in the Traverse filed on February 15, 2008, and the Declaration of James Fife in Support of the Motion for Reconsideration filed on May 22, 2008, I am unable to

respond fully and accurately to the many new accusations, allegations, and assertions made by Respondents in their Return and now their Status Report. I need the assistance of counsel to respond to the Government's allegations of non-cooperation and their claim that my efforts to secure a new passport from my own embassy are acts of obstruction. I have no legal training, no familiarity with the cases cited by Respondents, and inadequate access to legal research materials in ICE custody. Also, I cannot fully reply from personal knowledge to some of their allegations, since they involve events and communications to which I was not a party.

4. I am informed and so believe that other petitioners raising similar claims to mine have been granted appointment of counsel in recent decisions by this Court. Copies of those decisions are attached to this Declaration in the appendix.

5. For these reasons, I request the Court reconsider its denial of appointment of counsel from seven months ago, before the Government raised new issues and allegations in this case. The Court should grant timely appointment so that counsel can address fully and fairly the Government's contentions.

I declare under penalty of perjury that the foregoing is true and correct, except for matters stated to be on information and belief, and as to those matters, I believe them to be true.

Executed this 07/11 day of July, 2008, at San Diego, California.

SYLVESTER OWINO
Declarant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, [A97-469-354]<br><br>Plaintiff,<br><br>sv.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendant. | Case No. 07cv2267-WQH (POR)<br><br><br><br>PROOF OF SERVICE |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **PETITIONER'S DECLARATION RE: COURT'S ORDER OF JULY 2, 2008** delivering a true copy of the above-mentioned document on July 16, 2008, to:

Samuel Bettwy

Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct.

Executed on 16 July 2008 at San Diego, California.

SYLVIA FREEMAN