KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO ,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et. al.,<br><br>Respondents. | No. 07cv2267-WQH (POR)<br>A97 469 354<br><br>NOTICE OF RECENT NINTH CIRCUIT DECISIONS |

On July 25, 2008, the Ninth Circuit issued its decision in Prieto-Romero v. Clark, -- F.3d --, 2008 WL 2853396 (9th Cir. July 25, 2008), holding that Zadvydas and Nadarajah do not apply where the only obstacle to removal is a pending petition for review. Id. at *7 ("Although his removal has certainly been delayed by his pursuit of judicial review of his administratively final removal order, he is not stuck in a "removable-but-unremovable limbo," as the petitioners in *Zadvydas* were"). See also Casas-Castrillon v. D.H.S., -- F.3d --, No. 07-56261 (9th Cir. July 25, 2008) ("Although Casas' nearly seven-year detention certainly qualifies as prolonged by any measure, we hold that the government retains authority to detain him under § 1226(a) because Casas faces a significant likelihood of removal to Colombia once his judicial and administrative review process is complete") (citing Zadvydas v. Davis, 533 U.S. 678, 699 (2001), and Prieto-Romero, slip op. at 9305) (copy attached).

///

///

Therefore, the issue of whether Owino is preventing his removal pending his petition for review has been rendered secondary or moot.

DATED: July 29, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Samuel W. Bettwy*

SAMUEL W. BETTWY
Assistant U.S. Attorney