ORIGINAL

SYLVESTER OWINO
A97-469-354
San Diego Detention Center (CCA)
P.O. Box 439049
San Ysidro, CA 92143
Pro Se

FILED
2008 AUG -4 AM 9:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

NUNC PRO TUNC
JUL 30 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | |
|---|---|
| SYLVESTER OWINO, [A97-469-354] Petitioner, v. MICHAEL CHERTOFF, et al., Respondents. | No. 07-CV2267-WQH (POR) DECLARATION OF JAMES FIFE RE: GOVERNMENT'S NOTICE OF RECENT NINTH CIRCUIT DECISIONS |

I, James Fife, declare:

1. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Southern District of California, and in the United States Court of Appeals for the Ninth Circuit.

2. I am an employee of Federal Defenders of San Diego, Inc. In my capacity as an employee of Federal Defenders, I am assisting the petitioner, Sylvester Owino, in securing his release from the custody of federal immigration officials, and in filing a petition for a writ of habeas corpus in the United States District Court for the Southern District of California.

3. On July 29, 2008, Respondents filed a Notice of Recent Ninth Circuit Decisions arguing that the opinions in Prieto-Romero v. Clark, ___ F.3d ___, 2008 WL 2853396 (9th Cir. July 25, 2008), and Casas-Castrillon v. DHS, No. 07-56261 (9th Cir. July 25, 2008), are dispositive of Mr. Owino's petition.

CR

4. It is my professional view that Respondents' assertion is legally incorrect, and that Mr. Owino's claim under Zadvydas v. Davis, 533 U.S. 678 (2001), is in fact bolstered by these recent decisions.

5. I believe that Mr. Owino does not have ready access to these decisions to even read them. Moreover, he does not have the education or legal expertise to evaluate them and apply them to the case at hand. See Declaration of James Fife in Support of Motion for Appointment of Counsel.

6. These recent decisions just add more layers of complications to the factual and legal basis of this case, placing it far beyond the seemingly straightforward scenario which prompted this Court to deny the assistance of appointed counsel over seven months ago. I believe that failure to provide Mr. Owino with professional assistance would further erode his constitutional guarantee to due process of law by depriving him of a meaningful opportunity to present his case fully and fairly.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters which are stated to be on information and belief, and as to those matters, I believe them to be true.

Executed on this 30th day of July 2008, in San Diego, California.

JAMES FIFE
Declarant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, [A97-469-354] | Case No. 07cv2267-WQH (POR) |
| Plaintiff, | |
| sv. | PROOF OF SERVICE |
| MICHAEL CHERTOFF, et al., | |
| Defendant. | |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **DECLARATION OF JAMES FIFE RE: GOVERNMENT'S NOTICE OF RECENT NINTH CIRCUIT DECISIONS,** placing a true copy of the above-mentioned document in the United States mail on July 30, 2008, to:

**Sammuel W. Bettwy**
Assistant U S Attorney
880 Front Street
Suite 6253
San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 30 July 2008 at San Diego, California.

SYLVIA FREEMAN