# UNITED STATES DISTRICT COURT

**Southern District of California**

Sylvester Owino

Plaintiff,

v.

Michael Chertoff

Defendant.

Case No.: 3:07−cv−02267−WQH−POR
Judge William Q. Hayes

---

**JUDGMENT IN A CIVIL CASE**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED It is Hereby Ordered that the Petition for Writ of Habeas Corpus (Doc. #1) is Denied. It is further ordered that the Motion for Reconsideration (Doc. #11) is Denied as Moot.

W. Samuel Hamrick, Jr.,
Clerk of the Court

Date: 8/6/08

By: s/ L. Odierno, Deputy Clerk

ENTERED ON: August 6, 2008