# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
SEP 04 2008
FILED
DOCKETED 9-5-8
DATE INITIAL

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
SEP 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No: 08-56392**
**USDC No: 07cv2267-WQH-POR**
**Owino v. Chertoff et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | |
|---|---|---|---|---|---|
| | Copy of the Notice of Appeal | | Docket Entries | | |
| | Case Information/Docket Fee Payment Notification Form | | | | |
| | Order for Time Schedule (Criminal) | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
| | Clerk's supplemental record in | | set(s) of | | volume(s). |
| | Exhibits in ___ envelope(s) | | box(es) | | folders(s) |
| | Judgement Order | **OR** | | F/P Order | |
| | CJA Form 20 | **OR** | | Minute Order | |
| ✖ | Certificate of Record | **OR** | | Mandate Return | |
| | Amended docket fee notification form | | | | |
| | Order Appointing Counsel for Appeal | | | | |
| | | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 8/28/2008

By: A Rowland
Angela Rowland, **Deputy**