UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

SYLVESTER OWINO, Sylvester Otieno-Owino,

Petitioner - Appellant,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General, Attorney General; ROBIN BAKER, Director of San Diego Field Office U.S. Immigration and Customs Enforcement; JOHN A. GARZON Officer-In-Charge,

Respondents - Appellees.

No. 08-56392
D.C. No. 3:07-cv-02267-WQH-POR
Southern District of California, San Diego

**ORDER**

FILED
SEP 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk

under Ninth Circuit Rule 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Jennifer Jameson
Deputy Clerk