MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OWINO  VS  CHERTOFF, ET AL.

Case Number: 07CV2267-WQH  **EXHIBIT LIST**  Type of Hearing: Misc. Motion Hearing

X Plaintiff ___ Defendant ___ Court

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| 1 | 9/29/2009 | 9/29/2009 | PETITIONER DECLARATION IN SUPPORT TRAVERSE |
| 2 | 9/29/2009 | 9/29/2009 | DECLARATION RE STATUS OF TRAVEL DOCUMENT REQUEST |
| 3 | 9/29/2009 | 9/29/2009 | DECLARATION OF OFFICER ELIANA HAYES |
| 4 | 9/29/2009 | 9/29/2009 | DECLARATION OF OFFICER ELIANA HAYES |
| 5 | 9/29/2009 | 9/29/2009 | WARNING FOR FAILURE TO DEPART |
| 6 | 9/29/2009 | 9/29/2009 | APPLICATION FOR RENEWAL OF PASSPORT |
| 7 | 9/29/2009 | 9/29/2009 | CORRESPONDENCE FROM EMBASSIES |
| 8 | 9/29/2009 | 9/29/2009 | U.S. GENERAL ACCOUNTING OFFICE: IMMIGRATION ENFORCEMENT |
| 9 | 9/29/2009 | 9/29/2009 | CIA - THE WORLD FACT BOOK: KENYA |
| 10 | 9/29/2009 | 9/29/2009 | 2008 HUMAN RIGHTS REPORT |
| 11 | 9/29/2009 | 9/29/2009 | ICE'S COMPLIANCE W/DETENTION LIMITS FOR ALIENS |
| 12 | 9/29/2009 | 9/29/2009 | 2008 YEARBOOK OF IMMIGRATION STATISTICS |
| 13 | 9/29/2009 | 9/29/2009 | ERAM CASE NOTES |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OWINO VS CHERTOFF, ET AL.

Case Number: 07CV2267-WQH **EXHIBIT LIST** Type of Hearing: Misc. Motion Hearing