MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OWINO   VS   CHERTOFF, ET AL.

Case Number: 07CV2267-WQH        **EXHIBIT LIST**        Type of Hearing: EVIDENTIARY

___ Plaintiff   X   Defendant   ___ Court

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| A | 9/29/2009 | 9/29/2009 | FOUR PAGES FROM OWEN'S PASSPORT |
| B | 9/29/2009 | 9/29/2009 | LETTER FROM OWINO TO SPANISH CONSULATE GENERAL |
| C | 9/29/2009 | 9/29/2009 | APPLICATION FOR RENEWAL OF KENYAN PASSPORT |
| D | 9/29/2009 | 9/29/2009 | DECLARATION OF OWINO |
| E | 9/29/2009 | 9/29/2009 | LETTER FROM OWINO ICE OFFICER VILLA |
| F | 9/29/2009 | 9/29/2009 | LETTER FROM OWINO ICE OFFICER MALANDRES |
| G | 9/29/2009 | 9/29/2009 | APPLICATION FOR REPLACEMENT KENYAN PASSPORT |
| H | 9/29/2009 | 9/29/2009 | AFFIDAVIT OF OWINO |
| I | 9/29/2009 | 9/29/2009 | FAX OF 9TH CIRCUIT ORDER TO KENYAN EMBASSY |
| J | 9/29/2009 | 9/29/2009 | RESPONSE LETTER FROM KENYAN CONSULATE TO OWINO |
| K | 9/29/2009 | 9/29/2009 | POLICE REPORT BY OWINO TO LA MESA POLICE DEPARTMENT |