# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER OWINO, | CASE NO. 07cv2267 WQH (POR) |
| Petitioner, | ORDER |
| vs. | |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al., | |
| Respondent. | |

HAYES, Judge:

The matter before the Court is Petitioner's Ex Parte Motion to Amend Order to Hold Immigration Bond Hearing (Doc. # 66).

**BACKGROUND**

Petitioner is a native and citizen of Kenya who was admitted to the United States on a student visa in 1998 (Doc. # 1). Petitioner was convicted of robbery in 2003 and was ordered removed by an Immigration Judge ("IJ") (Doc. # 1). The Board of Immigration Appeals ("BIA") affirmed that ruling (Doc. # 1). Petitioner has been in immigration detention since November 8, 2005 (Doc. # 1). On December 3, 2007, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court (Doc. #1). This Court denied his petition on August 6, 2008 (Doc. # 28). Petitioner appealed both his immigration case and this

1  Court's decision to the Ninth Circuit (Doc. # 30).  *Owino v. Napolitano*, __ F.3d __, No. 08-
2  5632 (9th Cir. Aug. 4, 2009).  Because Petitioner's CAT claim was remanded for further
3  proceedings, the Ninth Circuit remanded his petition to this Court to determine whether
4  detention is authorized under § 1226(a).  *Id.* at 6-9.  On remand, this Court ordered a hearing
5  pursuant to *Zavydas v. Davis*, 533 U.S. 678, 801 (2001) and ordered Respondents to provide
6  Petitioner a bond hearing before an Immigration Judge ("IJ") within 30 days  (Doc. # 57).

7  A hearing was held before an IJ on October 5, 2009 (Doc. # 66).  Owino appeared *pro*
8  *se* and requested a continuance until October 26, 27, or 28, 2009 to allow his *pro bono*
9  immigration counsel to prepare for the hearing (Doc. # 66).   The IJ refused to continue the
10 hearing beyond October 21, 2009, because he interpreted this Court's order to require the
11 completion of the bond hearing within 30 days (Doc. # 66).  Petitioner then filed a motion in
12 this Court to amend or clarify the order requiring a bond hearing (Doc. # 66).  Petitioner argues
13 that his right to a procedurally fair bond hearing requires delaying the bond hearing to allow
14 his *pro bono* attorney to adequately prepare and present his case (Doc. # 66).  **IT IS HEREBY**
15 **ORDERED** that Petitioner's Motion to Amend Order to Hold a Bond Hearing is GRANTED.
16 **IT IS FURTHER ORDERED** that the IJ may grant reasonable and necessary continuances
17 beyond this Court's original thirty-day deadline for good cause shown.

18 DATED:  October 9, 2009

19 
20                                     **WILLIAM Q. HAYES**
                                    United States District Judge